IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BARBARA FERRELL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:13cv935-MHT |
| | ) | (WO) |
| **CITY OF TALLASSEE,** | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff Barbara Ferrell filed this lawsuit asserting that a police officer employed by the defendant City of Tallassee violated her rights under the Fourth and Eighth Amendments and Alabama law when he searched her incident to arrest.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Tallassee's motion for summary judgment should be granted.  Also before the court are Ferrell's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that

Ferrell's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of July, 2015.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**