IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BARBARA FERRELL,              )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:13cv935-MHT
                              )            (WO)
CITY OF TALLASSEE,            )
                              )
     Defendant.               )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Barbara Ferrell's objections (doc. no. 35) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 33) is adopted.

(3) Defendant City of Tallassee's motion for summary judgment (doc. no. 15) is granted.

(4) Judgment is entered in favor of defendant City of Tallassee and against plaintiff Ferrell, with plaintiff Ferrell taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Ferrell, for which execution may issue.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of July, 2015.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE